**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-1720**

—————————

PAMELA S. PURVIS,

                                    Plaintiff - Appellant,

        versus

COMMISSIONER   OF   THE   SOCIAL   SECURITY
ADMINISTRATION,

                                    Defendant - Appellee.

—————————

Appeal  from  the  United  States  District  Court  for  the  Middle
District  of  North  Carolina,  at  Durham.   James  A.  Beaty,  Jr.,
District Judge.  (CA-00-1052)

—————————

Submitted:  November 8, 2002      Decided:  December 17, 2002

—————————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Pamela S. Purvis, Appellant Pro Se. Maria Antonia Machin, Assistant
Regional Counsel, Boston, Massachusetts, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pamela S. Purvis appeals the district court's order accepting the magistrate judge's report and recommendation to uphold the Administrative Law Judge's denial of her claim for Social Security disability benefits and Social Security income. We must uphold the decision to deny disability benefits if it is supported by substantial evidence and the correct law was applied. 42 U.S.C. § 405(g) (2000); <u>Craig v. Chater</u>, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the administrative record, the district court's order, and the magistrate judge's report and recommendation and find no reversible error. Accordingly we affirm on the reasoning of the district court and the magistrate judge. <u>Purvis v. Comm'r of the Soc. Sec. Admin.</u>, No. CA-00-1052 (M.D.N.C. May 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>